IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**UNITED STATES OF AMERICA,**

          Plaintiff,

    v.                           Case No. 1:21-cr-00184-DAD-BAM

**DARYOL RICHMOND, aka "Nutcase," "Nuttcase," and "Nuttcase 3x,"**
**TELVIN BREAUX, aka "AJ" and "Lilcup," and**
**HOLLY WHITE,**

          Defendants.

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus

☒ Ad Prosequendum       ☐ Ad Testificandum

| | |
|---|---|
| Name of Detainee: | Telvin Breaux |
| Detained at | California Correctional Institution |

Detainee is:
- a.) ☒ charged in this district by: ☒ Indictment ☐ Information ☐ Complaint charging detainee with: 18 USC 1349, 18 USC 1028A(a)(1)
- or b.) ☐ a witness not otherwise available by ordinary process of the Court

Detainee will:
- a.) ☐ return to the custody of detaining facility upon termination of proceedings
- or b.) ☒ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary FRIDAY, AUGUST 13, 2021, AT 2:00 P.M.*

| | |
|---|---|
| Signature: | */s/ Joseph Barton* |
| Printed Name & Phone No: | Joseph Barton, 559-892-8490 |
| Attorney of Record for: | United States |

## WRIT OF HABEAS CORPUS

☒ Ad Prosequendum       ☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, **FORTHWITH**, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Dated: 7/26/21

*Sheila K. Oberto*
Honorable Sheila K. Oberto
U.S. MAGISTRATE JUDGE

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s): | "AJ" and "Lilcup" | ☒Male ☐Female | |
| Booking or CDC #: | CDCR # AY4405 | DOB: | 09/27/1991 |
| Facility Address: | 24900 Highway 202, Tehachapi, CA | Race: | African-American |
| Facility Phone: | (661) 822-4402 | FBI#: | |
| Currently | | | |

**RETURN OF SERVICE**

Executed on: _____     _____
                                                                                             (signature)