PHILLIP A. TALBERT
United States Attorney
JOSEPH D. BARTON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, Plaintiff, v. TELVIN BREAUX, HOLLY WHITE, CECELIA ALLEN, FANTASIA BROWN, TONISHA BROWN, FANTESIA DAVIS, AND SHANICE WHITE, Defendants. | Case No. 1:21-cr-00184-DAD-BAM <br><br> STIPULATION TO CONTINUE STATUS CONFERENCE; AND ORDER <br><br> DATE: April 27, 2022 <br> TIME: 1:00 p.m. <br> JUDGE: Hon. Barbara A. McAuliffe |
|---|---|

IT IS HEREBY STIPULATED by and between the parties through their respective counsel that the Status Conference scheduled for April 27, 2022, at 1:00 p.m., for the above-captioned defendants in this case may be continued until August 10, 2022, at 1:00 p.m., before the Honorable Barbara A. McAuliffe.  The government has produced hundreds of thousands of pages of discovery to defense counsel.  Defense counsel has further investigation to perform and the need for discovery review, settlement exploration, and trial preparation.  The parties agree that time under the Speedy Trial Act shall be excluded through August 10, 2022, in the interests of justice, including but not limited to, the need for effective defense preparation and defense

investigation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).  The parties also agree that the ends of justice served by taking this action outweigh the best interests of the public and of the defendants to a speedy trial.

Dated:  April 15, 2022

   */s/ Alekxia Torres-Stallings*
   Alekxia Torres-Stallings
   Counsel for Defendant Telvin Breaux

Dated:  April 15, 2022

   */s/ Richard Oberto*
   Richard Oberto
   Counsel for Defendant Holly White

Dated:  April 15, 2022

   */s/ Carrie McCreary*
   Carrie McCreary
   Counsel for Defendant Cecelia Allen

Dated:  April 15, 2022

   */s/ Timothy Hennessy*
   Timothy Hennessy
   Counsel for Defendant Fantasia Brown

Dated:  April 15, 2022

   */s/ Darryl Young*
   Darryl Young
   Counsel for Defendant Tonisha Brown

Dated:  April 15, 2022

   */s/ Michael McKneely*
   Michael McKneely
   Counsel for Defendant Fantasia Davis

Dated:  April 15, 2022

   */s/ Michael Berdinella*
   Michael Berdinella
   Counsel for Defendant Shanice White

Dated:  April 15, 2022

   */s/ Joseph Barton*
   JOSEPH BARTON
   Assistant United States Attorney

PHILLIP A. TALBERT
United States Attorney
JOSEPH D. BARTON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. TELVIN BREAUX, HOLLY WHITE, CECELIA ALLEN, FANTASIA BROWN, TONISHA BROWN, FANTESIA DAVIS, AND SHANICE WHITE, Defendants. | Case No. 1:21-cr-00184-DAD-BAM ORDER |

Upon the Parties' stipulation and for good cause shown, the Status Conference that is scheduled for April 27, 2022, at 1:00 p.m. for the above-captioned defendants is continued until **August 10, 2022, at 1:00 p.m., before the Honorable Barbara A. McAuliffe**. The period through August 10, 2022, inclusive, is excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

IT IS SO ORDERED.

Dated:  **April 18, 2022**           /s/ Barbara A. McAuliffe
                              UNITED STATES MAGISTRATE JUDGE