PHILLIP A. TALBERT
United States Attorney
JOSEPH D. BARTON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. TELVIN BREAUX, HOLLY WHITE, CECELIA ALLEN, FANTASIA BROWN, TONISHA BROWN, FANTESIA DAVIS, AND SHANICE WHITE, Defendants. | Case No. 1:21-cr-00184-DAD-BAM STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER DATE: December 14, 2022 TIME: 1:00 p.m. JUDGE: Hon. Barbara A. McAuliffe |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel that the Status Conference scheduled for December 14, 2022, at 1:00 p.m., for the above-captioned defendants in this case may be continued until March 22, 2023, at 1:00 p.m., before the Honorable Barbara A. McAuliffe.  The government has produced hundreds of thousands of pages of discovery to defense counsel.  Defense counsel has further investigation to perform and the need for discovery review, settlement exploration, and trial preparation.  The parties agree that time under the Speedy Trial Act shall be excluded through March 22, 2023, in the interests of justice, including but not limited to, the need for effective defense preparation and defense

investigation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).  The parties also agree that the ends of justice served by taking this action outweigh the best interests of the public and of the defendants to a speedy trial.

Dated:  December 6, 2022

*/s/ Alekxia Torres-Stallings*
Alekxia Torres-Stallings
Counsel for Defendant Telvin Breaux

Dated:  December 6, 2022

*/s/ Richard Oberto*
Richard Oberto
Counsel for Defendant Holly White

Dated:  December 6, 2022

*/s/ Carrie McCreary*
Carrie McCreary
Counsel for Defendant Cecelia Allen

Dated:  December 6, 2022

*/s/ Timothy Hennessy*
Timothy Hennessy
Counsel for Defendant Fantasia Brown

Dated:  December 6, 2022

*/s/ Louisa Pensanti*
Louisa Pensanti
Counsel for Defendant Tonisha Brown

Dated:  December 6, 2022

*/s/ Michael McKneely*
Michael McKneely
Counsel for Defendant Fantesia Davis

Dated:  December 6, 2022

*/s/ Barbara O'Neil*
Barbara O'Neil
Counsel for Defendant Shanice White

Dated:   December 6, 2022

*/s/ Joseph Barton*
JOSEPH BARTON
Assistant United States Attorney

PHILLIP A. TALBERT
United States Attorney
JOSEPH D. BARTON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> TELVIN BREAUX, <br> HOLLY WHITE, <br> CECELIA ALLEN, <br> FANTASIA BROWN, <br> TONISHA BROWN, <br> FANTESIA DAVIS, AND <br> SHANICE WHITE, <br><br> Defendants. | Case No. 1:21-cr-00184-DAD-BAM <br><br> ORDER |

Upon the Parties' stipulation and for good cause shown, the Status Conference that is scheduled for December 14, 2022, at 1:00 p.m. for the above-captioned defendants is continued until **March 22, 2023, at 1:00 p.m., before the Honorable Barbara A. McAuliffe**. The period through March 22, 2023, inclusive, is excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

IT IS SO ORDERED.

Dated:   **December 7, 2022**                    /s/ Barbara A. McAuliffe
                                                UNITED STATES MAGISTRATE JUDGE