PHILLIP A. TALBERT
United States Attorney
JOSEPH D. BARTON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TELVIN BREAUX,<br>HOLLY WHITE,<br>CECELIA ALLEN,<br>FANTASIA BROWN,<br>TONISHA BROWN,<br>FANTESIA DAVIS, AND<br>SHANICE WHITE<br><br>Defendants. | Case No. 1:21-cr-00184-DAD-BAM<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel that the status conference scheduled for May 24, 2023, at 1:00 p.m., for the above-captioned defendants in this case may be continued until August 9, 2023, at 1:00 p.m., before the Honorable Barbara A. McAuliffe. The government has produced hundreds of thousands of pages of discovery to defense counsel. Defense counsel has further investigation to perform and the need for discovery review, settlement exploration, and trial preparation. The parties agree that time under the Speedy Trial Act shall be excluded through August 9, 2023, in the interests of justice, including but not limited to, the need for effective defense preparation and defense

investigation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).  The parties also agree that the ends of justice served by taking this action outweigh the best interests of the public and of the defendants to a speedy trial.

Dated:  May 16, 2023

*/s/ Alekxia Torres-Stallings*
Alekxia Torres-Stallings
Counsel for Defendant Telvin Breaux

Dated:  May 16, 2023

*/s/ Richard Oberto*
Richard Oberto
Counsel for Defendant Holly White

Dated:  May 16, 2023

*/s/ Carrie McCreary*
Carrie McCreary
Counsel for Defendant Cecelia Allen

Dated:  May 16, 2023

*/s/ Timothy Hennessy*
Timothy Hennessy
Counsel for Defendant Fantasia Brown

Dated:  May 16, 2023

*/s/ Louisa Pensanti*
Louisa Pensanti
Counsel for Defendant Tonisha Brown

Dated:  May 16, 2023

*/s/ Michael McKneely*
Michael McKneely
Counsel for Defendant Fantasia Davis

Dated:  May 16, 2023

*/s/ Barbara O'Neil*
Barbara O'Neil
Counsel for Defendant Shanice White

Dated:   May 16, 2023

*/s/ Joseph Barton*
JOSEPH BARTON
Assistant United States Attorney

1  PHILLIP A. TALBERT
   United States Attorney
2  JOSEPH D. BARTON
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5

6  Attorneys for Plaintiff
   United States of America
7

8
                    IN THE UNITED STATES DISTRICT COURT
9
                   FOR THE EASTERN DISTRICT OF CALIFORNIA
10

11

12 | UNITED STATES OF AMERICA | Case No. 1:21-cr-00184-DAD-BAM

13 | Plaintiff, | ORDER

14 | v. |

15 | TELVIN BREAUX, |
   | HOLLY WHITE, |
16 | CECELIA ALLEN, |
   | FANTASIA BROWN, |
17 | TONISHA BROWN, |
   | FANTESIA DAVIS, AND |
18 | SHANICE WHITE, |

19 | Defendants. |

20

21   IT IS SO ORDERED that the status conference is continued from May 24, 2023, to **August**

22 **9, 2023, at 1:00 p.m. before Magistrate Judge Barbara A. McAuliffe**.  Time is excluded

23 pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

24 IT IS SO ORDERED.

25   Dated:  **May 18, 2023**              /s/ Barbara A. McAuliffe

26                                         UNITED STATES MAGISTRATE JUDGE

27

28

                                    3