PHILLIP A. TALBERT
United States Attorney
JOSEPH D. BARTON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> TELVIN BREAUX, <br> HOLLY WHITE, <br> CECELIA ALLEN, <br> FANTASIA BROWN, <br> TONISHA BROWN, <br> FANTESIA DAVIS, AND <br> SHANICE WHITE, <br><br> Defendants. | Case No. 1:21-cr-00184-ADA-BAM <br><br> STIPULATION TO VACATE STATUS CONFERENCE AND SCHEDULE CHANGE OF PLEA HEARING; ORDER |

IT IS HEREBY STIPULATED by and between the government, and Telvin Breaux, Fantasia Brown, and Shanice White, through their respective counsel, that the status conference scheduled for August 9, 2023, at 1:00 p.m., can be vacated and a change of plea hearing can be scheduled for them on September 11, 2023, at 8:30 a.m., before the Honorable Ana de Alba. Telvin Breaux, Fantasia Brown, and Shanice White have agreed to plead guilty and their signed plea agreements will be filed shortly. The plea agreements are packaged plea agreements that

are contingent on the remaining defendants in the case pleading guilty according to the terms of their plea agreements. The government expects to vacate the status conference and schedule change of plea hearings for the remaining defendants within the next couple of days. Time under the Speedy Trial Act has already been excluded through August 9, 2023. The parties agree that time shall also be excluded from August 10, 2023, through September 11, 2023, for purposes of defense preparation pursuant to 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(iv).

Dated: August 3, 2023

*/s/ Alekxia Torres-Stallings*
Alekxia Torres-Stallings
Counsel for Telvin Breaux

Dated: August 3, 2023

*/s/ Timothy Hennessy*
Timothy Hennessy
Counsel for Fantasia Brown

Dated: August 3, 2023

*/s/ Barbara O'Neill*
Barbara O'Neill
Counsel for Shanice White

Dated: August 3, 2023

*/s/ Joseph Barton*
Joseph Barton
Assistant United States Attorney

PHILLIP A. TALBERT
United States Attorney
JOSEPH D. BARTON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:21-cr-00184-ADA-BAM |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| TELVIN BREAUX, HOLLY WHITE, CECELIA ALLEN, FANTASIA BROWN, TONISHA BROWN, FANTESIA DAVIS, AND SHANICE WHITE, | |
| Defendants. | |

**ORDER**

Upon the stipulation filed by the government, and Telvin Breaux, Fantasia Brown, and Shanice White, and for good cause shown, as to Telvin Breaux, Fantasia Brown, and Shanice White, the status conference that is scheduled for August 9, 2023, at 1:00 p.m., is vacated,

///

///

///

and a change of plea hearing is scheduled for **September 11, 2023, at 8:30 a.m., before the Honorable Ana de Alba**. Time under the Speedy Trial Act has already been excluded through August 9, 2023. Time shall also be excluded from August 10, 2023, through September 11, 2023, for purposes of defense preparation pursuant to 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(iv).

IT IS SO ORDERED.

Dated: **August 3, 2023**     /s/ *Barbara A. McAuliffe*
                              UNITED STATES MAGISTRATE JUDGE