**TORRES | TORRES-STALLINGS**
**A LAW CORPORATION**
Alekxia Torres Stallings, SBN296418
1318 K. Street
Bakersfield, CA 93301
Tel: (661)326-0857
Email: lextorres@lawtorres.com

Attorney for:
TELVIN BREAUX

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>TELVIN BREAUX,<br><br>    Defendant. | Case No. 1:21-cr-00184-ADA-BAM<br><br>**UNOPPOSED MOTION AND ORDER TO RELEASE DEFENDANT FROM FEDERAL CUSTODY AND RETURN TO STATE CUSTODY PENDING SENTENCING HEARING** |

Defendant Telvin Breaux, by and through his counsel of record, Alekxia Torres Stallings, hereby requests that this Court order the defendant returned to state custody at the California Correctional Institution in Tehachapi, California, until such time as this Court will order his return to federal custody for the judgment and sentencing hearing in this matter. The government does not oppose this request. On July 15, 2021, Mr. Breaux was indicted on charges of Conspiracy to Commit Mail Fraud, Aggravated Identity Theft, and Aggravated Identity Theft and Aiding and Abetting. At the time he was indicted, Mr. Breaux was serving a multi-year state sentence at the California Correctional Institution in Tehachapi, California. Probation has already interviewed Mr. Breaux in preparation for its Presentence Investigation Report. He has no other court hearings aside from the imposition of sentence currently set for March 18, 2024.

Mr. Breaux requests that he be released from federal custody and returned to state custody pending his sentencing hearing.

The undersigned has communicated this request to the assigned Assistant United States Attorney. The United States does not oppose the request, provided that Mr. Breaux expressly waive any claim or right he may have under the Interstate Agreement on Detainers Act (IADA), 18 U.S.C., Appendix 2, §1, *et seq.* In doing so, the United States does not acknowledge or otherwise concede the applicability of the IADA to this case, including Mr. Breaux's request to be returned to the state custody prior to his judgement and sentencing hearing.

Date: September 18, 2023                    Respectfully submitted,

                                            /s/ *Alekxia Torres Stallings*
                                            Attorney for TELVIN BREAUX

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TELVIN BREAUX,<br><br>Defendant. | Case No. 1:21-cr-00184-ADA-BAM<br><br>**RELEASE ORDER** |

IT IS HEREBY ORDERED, having reviewed and considered the Defendant's unopposed request, that the defendant TELVIN BREAUX shall be released from federal custody and returned forthwith to state custody at California Correctional Institution in Tehachapi, California.

IT IS SO ORDERED.

Dated:   October 11, 2023                               _____
                                                                                UNITED STATES DISTRICT JUDGE

3