IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
Feb 06, 2024
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>                    Plaintiff,<br><br>            v.<br><br>**TELVIN BREAUX,**<br><br>                    Defendant. | CR NO: 1:21-cr-00184-NODJ-BAM |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
☒ Ad Prosequendum            ☐ Ad Testificandum

Name of Detainee: Telvin Breaux
Detained at: California Correctional Institution
Detainee is:
a.) ☒ charged in this district by: ☒ Indictment ☐ Information ☐ Complaint
charging detainee with: 18 USC 1349; 18 USC 1028A(a)(1)
or b.) ☐ a witness not otherwise available by ordinary process of the Court

Detainee will:
a.) ☐ return to the custody of detaining facility upon termination of proceedings
or b.) ☒ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary March 18, 2024, at 8:30 a.m., for sentencing*

Signature: /s/ Joseph Barton
Printed Name & Phone No: Joseph Barton, 559-497-4049
Attorney of Record for: United States

## WRIT OF HABEAS CORPUS
☒ Ad Prosequendum            ☐ Ad Testificandum

   The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, **FORTHWITH**, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Dated: **Feb 6, 2024**

Honorable Erica P. Grosjean
United States Magistrate Judge

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if | | ☒Male ☐Female | |
| Booking or CDC #: | CDCR # AY4405 | DOB: | 09/27/1991 |
| Facility Address: | 24900 Highway 202, Tehachapi, CA | Race: | African American |
| Facility Phone: | (661) 822-4402 | FBI#: | |
| Currently | | | |

## RETURN OF SERVICE

Executed on: _____     _____
                                                              (signature)