**TORRES | TORRES STALLINGS**
**A LAW CORPORATION**
Alexkia Torres Stallings, SBN 296418
1318 K. Street
Bakersfield, CA 93301
Tel: (661)326-0857
Email: lextorres@lawtorres.com

Attorney for:
TELVIN BREAUX

# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT of CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.: 1:21-CR-00184-NODJ-BAM |
| | ) |
| Plaintiff, | ) **STIPULATION AND ORDER TO** |
| | ) **CONTINUE THE SENTENCING DATE** |
| vs. | ) |
| | ) |
| TELVIN BREAUX, | ) |
| | ) |
| Defendant | ) |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE

BARBARA A. MCAULIFFE AND JOSEPH BARTON, ASSISTANT UNITED STATES

ATTORNEY:

    **COMES NOW** Defendant, TELVIN BREAUX, by and through his attorney of record,

ALEKXIA TORRES STALLINGS, hereby requesting that the sentencing hearing currently set

for Monday, March 18, 2024, be continued to Monday May 20, 2024, at 8:30 a.m.

    Counsel is requesting a continuance so she may have the opportunity to further discuss

details and they relate to sentencing with Mr. Breaux. I have spoken to AUSA Joseph Barton,

and he has no objection to continuing the sentencing hearing.

1        **IT IS SO STIPULATED.**

2                                                          Respectfully Submitted,

3   DATED: February 21, 2024                              */s/ Alexkia Torres Stallings*
                                                          ALEKXIA TORRES STALLINGS
4                                                         Attorney for Defendant
                                                          TELVIN BREAUX
5

6

7   DATED: February 21, 2024                              */s/ Joseph Barton*
                                                          JOSEPH BARTON
8                                                         Assistant U.S. Attorney

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1                                    **ORDER**

2          IT IS SO ORDERED that the sentencing hearing be continued from March 18, 2024 to

3    **May 20, 2024, at 8:30 a.m. in Courtroom 5 before the District Court Judge**.

4

5    IT IS SO ORDERED.

6        Dated:   **February 22, 2024**              /s/ *Barbara A. McAuliffe*

7                                            UNITED STATES MAGISTRATE JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25