**FILED**

Apr 23, 2024

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

          Plaintiff,

      v.

TELVIN BREAUX,

          Defendant.

CR NO: 1:21-cr-00184-NODJ-BAM

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus

    ☒ Ad Prosequendum        ☐ Ad Testificandum

Name of Detainee:   Telvin Breaux

Detained at   California Correctional Institution

Detainee is:   a.)   ☒ charged in this district by:   ☒ Indictment ☐ Information ☐ Complaint
                  charging detainee with:   18 USC 1349; 18 USC 1028A(a)(1)

or   b.)   ☐ a witness not otherwise available by ordinary process of the Court

Detainee will:   a.)   ☐ return to the custody of detaining facility upon termination of proceedings

or   b.)   ☒ be retained in federal custody until final disposition of federal charges, as a sentence
                  is currently being served at the detaining facility

*Appearance is necessary May 20, 2024, at 8:30 a.m., for sentencing*

Signature:   /s/ Joseph Barton

Printed Name & Phone No:   Joseph Barton, 559-497-4049

Attorney of Record for:   United States

## WRIT OF HABEAS CORPUS

    ☒ Ad Prosequendum        ☐ Ad Testificandum

    The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, **FORTHWITH**, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Dated:   **Apr 23, 2024**

*Erica P. Grosjean*

Honorable Erica P. Grosjean
United States Magistrate Judge

Please provide the following, if known:

AKA(s) (if
Booking or CDC #:   CDCR # AY4405
Facility Address:   24900 Highway 202, Tehachapi, CA
Facility Phone:   (661) 822-4402
Currently

☒Male ☐Female
DOB:   09/27/1991
Race:   African American
FBI#:

## RETURN OF SERVICE

Executed on:

(signature)