**TORRES | TORRES STALLINGS**
**A LAW CORPORATION**
Alekxia Torres Stallings, SBN 296418
1318 K. Street
Bakersfield, CA 93301
Tel: (661)326-0857
Email: lextorres@lawtorres.com

Attorney for:
TELVIN BREAUX

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>TELVIN BREAUX,<br><br>　　　　Defendant | **Case No.:** 1:21-CR-00184-NODJ-BAM<br><br>**STIPULATION AND ORDER TO CONTINUE THE SENTENCING HEARING** |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE DISTRICT COURT JUDGE AND JOSEPH BARTON, ASSISTANT UNITED STATES ATTORNEY:

　　**COMES NOW** Defendant, TELVIN BREAUX, by and through his attorney of record, ALEKXIA TORRES STALLINGS, hereby requesting that the sentencing hearing currently set for Monday May 20, 2024, be reset to Monday June 17, 2024, at 8:30 a.m.

　　Counsel is requesting a continuance due to scheduling unavailability. Counsel is currently engaged in trial on the matter of *People v. Victor Fernandez; BM988334A* and is anticipated to be in trial for the next twelve days on this matter.

///

///

///

**IT IS SO STIPULATED.**

                                                Respectfully Submitted,

DATED: May 13, 2024                         */s/ Alekxia Torres Stallings*
                                                ALEKXIA TORRES STALLINGS
                                                Attorney for Defendant
                                                TELVIN BREAUX

DATED: May 13, 2024                         */s/ Joseph Barton*
                                                JOSEPH BARTON
                                                Assistant U.S. Attorney

## ORDER

**IT IS SO ORDERED** that the Sentencing hearing currently set for May 20, 2024 be reset to **June 17, 2024 at 8:30 a.m. in Courtroom 5 before the District Court Judge**.

IT IS SO ORDERED.

Dated:   **May 13, 2024**                                 /s/ *Barbara A. McAuliffe*
                                                    UNITED STATES MAGISTRATE JUDGE