IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
Jun 03, 2024
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**UNITED STATES OF AMERICA,**

    Plaintiff,

v.

**TELVIN BREAUX,**

    Defendant.

CR NO: 1:21-cr-00184-NODJ-BAM

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
☒ Ad Prosequendum     ☐ Ad Testificandum

Name of Detainee: Telvin Breaux
Detained at: California Correctional Institution

Detainee is:
- a.) ☒ charged in this district by: ☒ Indictment ☐ Information ☐ Complaint
  charging detainee with: 18 USC 1349; 18 USC 1028A(a)(1)
- or b.) ☐ a witness not otherwise available by ordinary process of the Court

Detainee will:
- a.) ☐ return to the custody of detaining facility upon termination of proceedings
- or b.) ☒ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary June 17, 2024, at 8:30 a.m., for sentencing*

Signature: /s/ Joseph Barton
Printed Name & Phone No: Joseph Barton, 559-497-4049
Attorney of Record for: United States

## WRIT OF HABEAS CORPUS
☒ Ad Prosequendum     ☐ Ad Testificandum

    The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, **FORTHWITH**, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Dated: **Jun 3, 2024**

*/s/ Erica P. Grosjean*
Honorable Erica P. Grosjean
United States Magistrate Judge

---

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if | | ☒ Male   ☐ Female | |
| Booking or CDC #: | CDCR # AY4405 | DOB: | 09/27/1991 |
| Facility Address: | 24900 Highway 202, Tehachapi, CA | Race: | African American |
| Facility Phone: | (661) 822-4402 | FBI#: | |
| Currently | | | |

## RETURN OF SERVICE

Executed on: _____

(signature)