**TORRES | TORRES STALLINGS**
**A LAW CORPORATION**
Alekxia Torres Stallings, SBN 296418
1318 K. Street
Bakersfield, CA 93301
Tel: (661)326-0857
Email: lextorres@lawtorres.com

Attorney for:
TELVIN BREAUX

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT of CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>TELVIN BREAUX,<br><br>　　　　　Defendant | Case No.: 1:21-CR-00184-DAD-BAM<br><br>**STIPULATION AND ORDER TO CONTINUE THE SENTENCING DATE** |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE BARBARA A. MCAULIFFE AND JOSEPH BARTON, ASSISTANT UNITED STATES ATTORNEY:

　　**COMES NOW** Defendant, TELVIN BREAUX, by and through his attorney of record, ALEKXIA TORRES STALLINGS, hereby requesting that the sentencing hearing currently set for Monday, June 17, 2024, be continued to Monday, August 26, 2024, at 8:30 a.m.

　　Upon gathering materials for Mr. Breaux's sentencing statement, it came to our attention that one of the electronic materials were corrupted and we need additional time to prepare the necessary materials for sentencing purposes. I have spoken to AUSA Joseph Barton, and he has no objection to continuing the sentencing hearing.

**IT IS SO STIPULATED.**

                                                    Respectfully Submitted,

DATED: June 10, 2024　　　　　　　　*/s/ Alekxia Torres Stallings*
　　　　　　　　　　　　　　　　　　ALEKXIA TORRES STALLINGS
　　　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　　　TELVIN BREAUX


DATED: June 10, 2024　　　　　　　　*/s/Joseph Barton*
　　　　　　　　　　　　　　　　　　JOSEPH BARTON
　　　　　　　　　　　　　　　　　　Assistant U.S. Attorney


## **ORDER**

IT IS SO ORDERED that the sentencing hearing is continued from June 17, 2024, to **August 26, 2024, at 8:30 a.m. in Courtroom 5 before the District Court Judge**.

IT IS SO ORDERED.

Dated:　**June 11, 2024**　　　　　　　/s/ *Barbara A. McAuliffe*
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE