**TORRES | TORRES STALLINGS**
**A LAW CORPORATION**
ALEKXIA TORRES STALLINGS, SBN 296418
1318 K Street
Bakersfield, CA 93301
(661) 326-0857
(661) 326-0936
Email: lextorres@lawtorres.com

Attorney for Defendant
TELVIN BREAUX

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 1:21-CR-00184-DAD-BAM-2 |
| Plaintiff, | |
| v. | **MOTION TO TERMINATE CJA APPOINTMENT OF ALEKXIA TORRES STALLINGS AS ATTORNEY OF RECORD AND ORDER** |
| TELVIN BREAUX, | |
| Defendant. | |

On July 17, 2021, Defendant Telvin Breaux was indicted on federal charges. CJA Panel Attorney Alekxia Torres Stallings was appointed as trial counsel to represent Mr. Breaux on August 4, 2021, in his criminal case. Mr. Breaux was sentenced pursuant to a plea agreement on August 26, 2024. The time for filing a direct appeal was 14 days. No direct appeal was filed. Mr. Breaux was in custody at the time of sentencing. The trial phase of Mr. Breaux's criminal case has, therefore, come to an end.   Having completed her representation of Mr. Breaux, CJA

attorney Alekxia Torres Stallings now moves to terminate her appointment under the Criminal Justice Act.

Should Mr. Breaux require further legal assistance he has been advised to contact the Office of the Federal Defender for the Eastern District of California by mail at 2300 Tulare Street, Suite 330, Fresno, CA 93721, or by phone at (559) 487-5561 (collect) or (855) 656-4360 (toll-free), which, if appropriate, will arrange for the re-appointment of counsel to assist him/her.

Dated: October 21, 2024                              Respectfully submitted,


/s/*Alekxia Torres Stallings*
Alekxia Torres Stallings, Attorney for Defendant, Telvin Breaux

**ORDER**

Having reviewed the notice and found that attorney Alekxia Torres Stallings has completed the services for which he was appointed, the Court hereby grants attorney Torres Stallings's request for leave to withdraw as defense counsel in this matter. Should Defendant seek further legal assistance, Defendant is advised to contact the Office of the Federal Defender for the Eastern District of California at 2300 Tulare Street, Suite 330, Fresno, CA 93721. The phone number for the office is (559) 487-5561 (collect) or (855) 656-4360 (toll-free). If appropriate, the office will arrange for the reappointment of counsel to assist Defendant.

The Clerk of Court is directed to serve a copy of this order on Defendant Telvin Breaux at the following address and to update the docket to reflect Defendant's pro se status and contact information.

TELVIN BREAUX | CDCR #: AY4405
CALIFORNIA CORRECTIONAL INSTITUTION
FACILITY A, P.O. BOX 1902
TEHACHAPI, CA 93581

IT IS SO ORDERED.

Dated:   **October 22, 2024**                              

UNITED STATES DISTRICT JUDGE